No. 90–1282. AMER ET VIR *v.* DEPARTMENT OF SOCIAL SERVICES ET AL. Ct. App. Mich. Motion of respondent minor children for leave to proceed *in forma pauperis* without an affidavit of indigency granted. Certiorari denied.

No. 90–1293. SCROGGY, WARDEN *v.* KORDENBROCK. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–6614. RODDEN *v.* MISSOURI. Sup. Ct. Mo.; and
No. 90–7116. ROBINS *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. Reported below: No. 90–6614, 795 S. W. 2d 393; No. 90–7116, 106 Nev. 611, 798 P. 2d 558.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–7080. HUMMER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.